IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

CHEDRICK ADREKIS NEAL,

    Plaintiff,

v.                                       4:17cv341–WS/GRJ

STATE OF FLORIDA,

    Defendant.

## ORDER ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Before the court is the magistrate judge's report and recommendation (doc. 4) docketed August 9, 2017. The magistrate judge recommends that Plaintiff's complaint be dismissed without prejudice. Plaintiff has filed no objections to the report and recommendation.

The court has reviewed the record and has determined that the magistrate judge's report and recommendation should be adopted.

Accordingly, it is ORDERED:

1. The magistrate judge's report and recommendation (doc. 4) is ADOPTED

and incorporated by reference into this order.

2. Plaintiff's complaint and this action are DISMISSED WITHOUT PREJUDICE.

3. The clerk shall enter judgment stating: "All claims are dismissed without prejudice." The case shall be closed.

DONE AND ORDERED this ___8th___ day of ___September___, 2017.

s/ William Stafford
WILLIAM STAFFORD
SENIOR UNITED STATES DISTRICT JUDGE